DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Michael.Humphreys@usdoj.gov
Counsel for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-727-PMP (LRL) |
| ) | |
| $9,088.28 IN UNITED STATES CURRENCY, ) | |
| $2,400.00 IN UNITED STATES CURRENCY, ) | |
| $5,891.45 IN UNITED STATES CURRENCY, ) | |
| $5,884.68 IN UNITED STATES CURRENCY, ) | |
| and ) | |
| $64,361.89 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |

**THE UNITED STATES OF AMERICA'S UNOPPOSED APPLICATION TO EXTEND
THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM AGAINST
THE $9,088.28 IN UNITED STATES CURRENCY, $2,400.00 IN UNITED STATES
CURRENCY, $5,891.45 IN UNITED STATES CURRENCY, $5,884.68 IN UNITED
STATES CURRENCY; AND $64,361.89 IN UNITED STATES CURRENCY
(Third Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United

States Attorney for the District of Nevada, and Michael Humphreys, Assistant United States Attorney,

and Paul Yavorski ("Yavorski"), by and through his counsel, Sebastian M. Bio, respectfully apply for

an extension of time until and including February 22, 2011 pursuant to 18 U.S.C. § 983(a)(3)(A), for

the United States to file a Civil Complaint For Forfeiture In Rem against the $9,088.28 in United

States Currency, $2,400.00 in United States Currency, $5,891.45 in United States Currency, $5,884.68 in United States Currency, and $64,361.89 in United States Currency.  The Complaint is currently due November 21, 2010.

The grounds for this unopposed application are counsel for the United States and counsel for Yavorski have agreed to the extension.

This Unopposed Application is based on this Unopposed Application and the attached Memorandum of Points and Authorities.

DATED this 10th day of November, 2010.

DANIEL G. BOGDEN
United States Attorney


/s/MichaelAHumphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  Statement Of Facts**

On or about April 27, 2009, the Immigration and Customs Enforcement ("ICE") in Las Vegas, Nevada executed a seizure warrant for all money in Bank of America Checking Account Number XXXX- XXXX- 9650 in the Name of Paul J. Yavorski, 49 Reynolds Avenue, Wippany, New Jersey 07981, Located at 300 South 4th Street, Las Vegas, Nevada 89101.

On or about May 19, 2009, the Customs and Border Protection Office of Fines, Penalties & Forfeitures ("FP&F") mailed notice of seizure certified return receipt requested.

On February 23, 2010, FP&F received a claim requesting judicial action from Yavorski.

On May 18, 2010, Sebastian M. Bio, Yavorski's attorney, agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about August 21, 2010, Yavorski's counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about November 10, 2010, Yavorski's counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

**II.  ARGUMENT**

This Court should grant this application for an extension of time to file the Civil Complaint For Forfeiture In Rem against the $9,088.28 in United States Currency, $2,400.00 in United States Currency, $5,891.45 in United States Currency, $5,884.68 in United States Currency, and $64,361.89 in United States Currency under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties*. (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture In Rem.  On or about November 10, 2010, Yavorski's counsel agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with

this Court.  Because the parties have agreed to the extension of time to file a Civil Complaint For Forfeiture In Rem, this Court should extend the time.

On May 18, 2010, an application for an extension of time to file the Civil Complaint For Forfeiture In Rem was requested and subsequently granted on May 24, 2010, by United States District Judge Phillip M. Pro.

On August 23, 2010, an application for an extension of time to file the Civil Complaint For Forfeiture In Rem was requested and subsequently granted on August 24, 2010, by United States District Judge Phillip M. Pro.

The United States now requests an additional 92-day extension of time due to the ongoing investigation.   This Unopposed Application is not submitted solely for the purpose of delay or for any other improper purpose.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

4

**II. Conclusion**

The United States prays that this Court grant an extension of time until February 22, 2011, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a Civil Complaint For Forfeiture In Rem against the $9,088.28 in United States Currency, $2,400.00 in United States Currency, $5,891.45 in United States Currency, $5,884.68 in United States Currency, and $64,361.89 in United States Currency because the United States and Yavorski's counsel have agreed to the extension of time.

DATED this 10th day of November, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/MichaelAHumphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___11-18-10_____

5

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individual was served **THE UNITED STATES OF AMERICA'S UNOPPOSED APPLICATION TO EXTEND THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM AGAINST THE $9,088.28 IN UNITED STATES CURRENCY; $2,400.00 IN UNITED STATES CURRENCY; $5,891.45 IN UNITED STATES CURRENCY; $5,884.68 IN UNITED STATES CURRENCY; AND $64,361.89 IN UNITED STATES CURRENCY (Third Request)** on November 10, 2010, by the below identified method of service:

U.S. Mail

Sebastian M. Bio
331 Central Avenue
Orange, New Jersey 07050
*Counsel for Paul Yavorski*

/s/AlexandraM.McWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associates, Paralegal

6