1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
   Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336 Facsimile: (702) 388-6787
   Counsel for Plaintiff
6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8
   UNITED STATES OF AMERICA,            )
9                                       )
              Plaintiff,                )
10                                      )
          v.                            )          2:10-CV-727-PMP (LRL)
11                                      )
   $9,088.28 IN UNITED STATES CURRENCY; )
12 $2,400.00 IN UNITED STATES CURRENCY; )
   $5,891.45 IN UNITED STATES CURRENCY; )
13 $5,884.68 IN UNITED STATES CURRENCY; )
   and $64,361.89 IN UNITED STATES      )
14 CURRENCY,                            )
                                        )
15 _____Defendants.___)

16        THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO
   EXTEND THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM
17 AGAINST $9,088.28 IN UNITED STATES CURRENCY; $2,400.00 IN UNITED STATES
   CURRENCY; $5,891.45 IN UNITED STATES CURRENCY; $5,884.68 IN UNITED
18      STATES CURRENCY; and $64,361.89 IN UNITED STATES CURRENCY
                            (Sixth Request)
19
20        The United States of American ("United States"), by and through Daniel G. Bogden, United

21 States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States

22 Attorney, respectfully move this Court to grant an extension of time for an additional 120 days, until

23 and including Tuesday, April 17, 2012, to allow the United States to files its forfeiture complaint

   against the following allotments of seized cash:
24
25 . . .

26 . . .

$9,088.28 IN UNITED STATES CURRENCY;

$2,400.00 IN UNITED STATES CURRENCY;

$5,891.45 IN UNITED STATES CURRENCY;

$5,884.68 IN UNITED STATES CURRENCY; and

$64,361.89 IN UNITED STATES CURRENCY.

The Government's Complaint is currently due on December 19, 2011.  Paul Yavorski, through his counsel, Sabastian M. Bio, consents to this motion.

DATED this 14th day of December, 2011.

DANIEL G. BOGDEN
United States Attorney


/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

2

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      Statement of Facts**

On or about April 27, 2009, the Immigration and Customs Enforcement ("ICE") in Las Vegas, Nevada executed a seizure warrant for all money in Bank of America Checking Account Number XXXX- XXXX- 9650 in the Name of Paul Yavorski, 49 Reynolds Avenue, Whippany, New Jersey 07981, located at 300 South 4th Street, Las Vegas, Nevada 89101.

On or about May 19, 2009, the Customs and Border Protection Office of Fines, Penalties & Forfeitures ("FP&F") mailed notice of seizure certified return receipt requested.

On February 23, 2010, FP&F received a claim requesting judicial action from Yavorski.

On May 18, 2010, Sebastian M, Bio, Yavorski's attorney, agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about August 21, 2010, Yavorski' s counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about November 10, 2010, Yavorski's counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about February 17, 2011, Yavorski' s counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about July 19, 2011, Yavorski' s counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

On or about December 14, 2011, Yavorski' s counsel again agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court.

**II.     Argument**

This Court should grant this application for an extension of time to file the Civil Complaint for Forfeiture *In Rem* against the $9,088,28 in United States Currency, $2,400,00 in

United States Currency, $5,891.45 in United States Currency, $5,884,68 in United States Currency, and $64,361.89 in United States Currency under 18 U.S.C. § 983(a)(3)(A), which states:

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims, ' , , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or *upon agreement of the parties,* (emphasis added)

A district court has the authority under § 983(a)(3)(A) to extend the period for filing a Civil Complaint For Forfeiture *In Rem.*

On or about February 17, 2010, Yavorski's counsel agreed to the extension of time and authorized counsel for the United States to file this Unopposed Application with this Court. Because the parties have agreed to the extension of time to file a Civil Complaint For Forfeiture *In Rem*, this Court should extend the time.

On May 18, 2010, an application for an extension of time to file the Civil Complaint For Forfeiture *In Rem* was requested and subsequently granted on May 24,2010, by United States District Judge Phillip M. Pro.

On August 23, 2010, an application for an extension of time to file the Civil Complaint For Forfeiture *In Rem* was requested and subsequently granted on August 24, 2010, by United States District Judge Phillip M. Pro.

On November 10, 2010, an application for an extension of time to file the Civil Complaint For Forfeiture *In Rem* was requested and subsequently granted on November 18, 2010, by United States District Judge Lawrence R. Leavitt.

On February 18, 2011, an application for an extension of time to file the Civil Complaint For Forfeiture *In Rem* was requested and subsequently granted on February 22, 2011, by United States District Judge Phillip M. Pro.

. . .

4

On July 20, 2011, an application for an extension of time to file the Civil Complaint For Forfeiture *In Rem* was requested and subsequently granted on July 20, 2011, by United States District Judge Phillip M. Pro

The United States now requests an additional 120-day extension of time due to the ongoing investigation. This Unopposed Application is not submitted solely for the purpose of delay or for any other purpose.

**II. Conclusion**

The United States prays that this Court will grant an extension of time until Tuesday, April 17, 2012, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a Civil Complaint For Forfeiture *In Rem* against the $9,088.28 in United States Currency, $2,400.00 in United States Currency, $5,891.45 in United States Currency, $5,884.68 in United States Currency, and $64,361.89 in United States Currency because the United States and Yavorski's counsel have agreed to the extension of time.

DATED this ___ day of December, 2011.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES JUDGE

DATED: December 14, 2011.

5

## PROOF OF SERVICE

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal III, certify that the following individual was served with a copy of the attached document on December 14, 2011, by the below identified method of service:

**US Mail and Fax**

Sebastian M. Bio
331 Central Ave.
Orange, New Jersey 07050
973-675-7333 (fax)
*Counsel for Paul Yavorski*

/s/Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal III