UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$9,088.28 IN UNITED STATES CURRENCY; $2,400.00 IN UNITED STATES CURRENCY; $5,891.45 IN UNITED STATES CURRENCY; $5,884.68 IN UNITED STATES CURRENCY; and $64,361.89 IN UNITED STATES CURRENCY,<br><br>Defendants. | 2:10-CV-00727-PMP-LRL<br><br>**ORDER** |

On December 14, 2011, the Court granted Plaintiff United States its Sixth Unopposed Motion to Extend the Time to File a Civil Complaint for Forfeiture in Rem. (Doc.'s #12, #13).  The new deadline for filing such a Complaint is now set at **April 17, 2012**.

**IT IS ORDERED that** no additional extensions of time for the filing of of a Civil Complaint for Forfeiture in Rem will be granted by this Court.

DATED:  December 20, 2011.

PHILIP M. PRO
United States District Judge