DANIEL G. BOGDEN
United States Attorney
Nevada Bar #2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United states Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: mhumphreys@usa.doj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:10-CV-727-PMP (LRL)<br>) |
| $9,088.28 IN UNITED STATES CURRENCY;<br>$2,400.00 IN UNITED STATES CURRENCY;<br>$5,891.45 IN UNITED STATES CURRENCY;<br>$5,884.68 IN UNITED STATES CURRENCY;<br>and $64,361.89 IN UNITED STATES CURRENCY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, hereby gives notice of the voluntary dismissal of the above-captioned action.

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States hereby gives notice of the voluntary dismissal of the above-captioned action. "[T]he plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment. . ." Fed. R. Civ. P. 41(a)(1)(A)(i). The United States has not served the adverse

. . .

party, an answer has not been served on the United States, and a motion for summary judgment has not been served on the United States in this action.  Accordingly the United States gives notice of the voluntary dismissal of the action.

Dated this 16th day of May, 2012.

                        Respectfully submitted,

                        DANIEL G. BOGDEN
                        United States Attorney

                        s/sMichaelAHumphreys
                        MICHAEL A. HUMPHREYS
                        Assistant United States Attorney

                        IT IS SO ORDERED.

                        _____
                        PHILIP M. PRO
                        U.S. DISTRICT JUDGE

                        Dated: May 16, 2012.