1 | DANIEL G. BOGDEN
United States Attorney
2 | Nevada Bar #2137
MICHAEL A. HUMPHREYS
3 | Assistant United States Attorney
Lloyd D. George United states Courthouse
4 | 333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
5 | Telephone: (702) 388-6336
Facsimile: (702) 388-6787
6 | Email: mhumphreys@usa.doj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CV-727-PMP (LRL)<br>) |
| $9,088.28 IN UNITED STATES CURRENCY;<br>$2,400.00 IN UNITED STATES CURRENCY;<br>$5,891.45 IN UNITED STATES CURRENCY;<br>$5,884.68 IN UNITED STATES CURRENCY;<br>and $64,361.89 IN UNITED STATES CURRENCY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, hereby gives notice of the voluntary dismissal of the above-captioned action.

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States hereby gives notice of the voluntary dismissal of the above-captioned action. "[T]he plaintiff may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or of a motion for summary judgment. . ." Fed. R. Civ. P. 41(a)(1)(A)(i).  The United States has not served the adverse

. . .

party, an answer has not been served on the United States, and a motion for summary judgment has not been served on the United States in this action. Accordingly the United States gives notice of the voluntary dismissal of the action.

Dated this 16th day of May, 2012.

                          Respectfully submitted,

                          DANIEL G. BOGDEN
                          United States Attorney

                          s/sMichaelAHumphreys
                          MICHAEL A. HUMPHREYS
                          Assistant United States Attorney

                          IT IS SO ORDERED.

                          PHILIP M. PRO
                          U.S. DISTRICT JUDGE

                          Dated: May 16, 2012.